## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kelly  L. Tuturice  fka Kelly E. Lemmon          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-13053 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

     Respectfully submitted,

/s/ <u>Rebecca Solarz</u>

Rebecca Solarz
13 May 2021, 16:45:58, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322