| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-13053-AMC**

KELLY L TUTURICE
197 STIRLING COURT
WEST CHESTER  PA     19380

Petition Filed Date: 05/05/2018
341 Hearing Date: 06/15/2018
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $275.00 | 852214744663 | 01/28/2020 | $275.00 | 852214751225 | 02/11/2020 | $275.00 | 852214758089 |
| 02/25/2020 | $275.00 | 852214765302 | 03/10/2020 | $275.00 | 852214772637 | 03/24/2020 | $275.00 | 852214779068 |
| 04/06/2020 | $275.00 | 852214787053 | 04/21/2020 | $275.00 | 852214793288 | 05/05/2020 | $275.00 | 85221479673 |
| 05/19/2020 | $275.00 | 852214806598 | 06/01/2020 | $275.00 | 852214812384 | 06/16/2020 | $275.00 | 852214818239 |
| 06/30/2020 | $275.00 | 852214823624 | 07/14/2020 | $275.00 | 852214830859 | 07/27/2020 | $275.00 | 852214836318 |
| 08/11/2020 | $275.00 | 852214841958 | 08/24/2020 | $275.00 | 852214847349 | 09/09/2020 | $275.00 | 852214853070 |
| 09/22/2020 | $275.00 | 852214858614 | 10/06/2020 | $275.00 | 852214866037 | 10/20/2020 | $275.00 | 852214871677 |
| 11/03/2020 | $275.00 | 852214877366 | 11/18/2020 | $275.00 | 852214883152 | 12/01/2020 | $275.00 | 852214888771 |
| 12/15/2020 | $275.00 | 852214894468 | 12/30/2020 | $275.00 | 852259505141 | 01/15/2021 | $275.00 | 852259512086 |
| 01/26/2021 | $275.00 | 852259517394 | 02/09/2021 | $275.00 | 852259523773 | 02/23/2021 | $275.00 | 852259529458 |
| 03/09/2021 | $275.00 | 852259534881 | 03/23/2021 | $275.00 | 852259542368 | 04/06/2021 | $275.00 | 852259549285 |
| 04/20/2021 | $275.00 | 852259554567 | 05/04/2021 | $275.00 | 59559957 | 05/18/2021 | $275.00 | 852259565676 |
| 06/02/2021 | $275.00 | 852259571278 | | | | | | |

**Total Receipts for the Period: $10,175.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PREMIER ORTHOPAEDIC AND SPORTS MEDICINE<br>»» 001 | Unsecured Creditors | $231.16 | $0.00 | $231.16 |
| 3 | FIRST FEDERAL CREDIT CONTROL INC<br>»» 003 | Unsecured Creditors | $283.12 | $0.00 | $283.12 |
| 2 | CITIZENS BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | GLHEC & AFFILIATES<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PENNYMAC LOAN SERVICES LLC<br>»» 005 | Mortgage Arrears | $14,783.82 | $14,642.54 | $141.28 |
| 6 | JOHN L MC CLAIN ESQ<br>»» 006 | Attorney Fees | $5,297.50 | $5,297.50 | $0.00 |
| 6 | THE CROSSINGS AT EXTON STATION COMM ASSOC INC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-13053-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,000.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $19,940.04 | Arrearages: | ($1,375.00) |
| Paid to Trustee: | $1,812.46 | Total Plan Base: | $24,475.00 |
| Funds on Hand: | $247.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.