**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    KELLY L TUTURICE | Chapter 13<br><br>Case No.18-13053-AMC |
| **Debtor** | |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

   Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

   The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                            **Office of the Chapter 13 Trustee**


Date: September 29, 2021          By:   */s/ Scott F. Waterman*
                                                            Scott F. Waterman, Esquire, Chapter 13 Trustee
                                                            2901 St. Lawrence Avenue, Suite 100
                                                            Reading, PA  19606
                                                            (610)779-1313 (Phone)
                                                            (610)779-3637 fax