**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Tuturice, Kelly L. | |
| Debtor(s) | : 18-13053 |
| : | |

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this ____ day of _____ 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Defense Finance & Actg Serv. to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE

**Date: September 30, 2021**

Defense Finance & Actg Serv.
agent for Dept of Veterans Affairs
1240 E. 9th St., Room 1907
Cleveland, OH 44199

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Tuturice, Kelly L.
197 Stirling Court
West Chester, PA 19380

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606