Certificate Number: 03088-PAE-DE-036154582

Bankruptcy Case Number: 18-13053



03088-PAE-DE-036154582

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 21, 2021, at 5:37 o'clock PM CST, Kelly L Tuturice completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 21, 2021                 By:    /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor