United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-13053-amc

Kelly L. Tuturice  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 22, 2021 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly L. Tuturice, 197 Stirling Court, West Chester, PA 19380-1385 |
| 14102945 | + | Cba Collection Bureau, Attn: Bankruptcy, PO Box 100039, Kennesaw, GA 30156-9239 |
| 14131402 | | GLHEC & Aff obo GLHEGC, PO Box 8961, Madison WI 53708-8961 |
| 14102950 | + | Hopital of the University of PA, c/o Central Credit Services LLC, 9550 Regency Sq. Blvd, Ste 500, Jacksonville, FL 32225-8169 |
| 14102951 | + | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14102952 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14102954 | + | Mid-Atlantic Association, 555 Croton Rd, Ste 400, King of Prussia, PA 19406-3176 |
| 14102956 | + | Montgomery Medical Equipment, c/o Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14608011 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14105002 | + | PENNYMAC LOAN SERVICES, LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14102957 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, SUITE #310, MOORPARK, CA 93021-2602 |
| 14104542 | + | PREMIER ORTHOPAEDIC AND SPORTS MEDICINE, 1121 Situs Court, Ste 350, Raleigh, NC 27606-4275 |
| 14165189 | | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 14354216 | + | Pennymac Loan Services, LLC, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14353637 | | Pennymac Loan Services, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14608298 | + | Pennymac Loan Services, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14102958 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 14102959 | | Premier Orthopaedics, PO Box 1870, Cary, NC 27512-1870 |
| 14376244 | + | The Crossings at Exton Station Community Associati, c/o Edward Hoffman Jr., Esquire, 65 W. Street Road, Suite B102, Warminster, PA 18974-3216 |
| 14102960 | + | Vincent J. Tuturice, 197 Stirling Court, West Chester, PA 19380-1385 |
| 14102961 | + | W Chester Endoscopy LLC, 915 Old Fern Hill Rd Bldg B S, West Chester, PA 19380-4269 |
| 14102962 | + | W. Chester GI Associates PC, 915 Old Fern Hill Rd Bldg B St, West Chester, PA 19380-4269 |
| 14102963 | + | WEST WHITELAND TOWNSHIP OF, 101 Commerce Drive, Exton, PA 19341-2726 |
| 14599503 | + | West Whiteland Township, c/o James R. Wood, Esq., Portnoff Law Associates,Ltd, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14599421 | + | West Whiteland Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 22 2021 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2021 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 22 2021 23:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

Case 18-13053-amc   Doc 59   Filed 11/24/21   Entered 11/25/21 00:37:18   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2021 | Form ID: 138OBJ | Total Noticed: 35 |

| 14102944 | + | Email/Text: NCI_bankonotify@ncirm.com | | |
| --- | --- | --- | --- | --- |
| | | | Nov 22 2021 23:41:00 | American Home Shield, c/o Nationwide Credit Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 14102946 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Nov 22 2021 23:41:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 14102947 | + | Email/Text: pmiller@conradco.com | | |
| | | | Nov 22 2021 23:41:00 | Conrad Cr Co, 476 W Vermont Ave, Escondido, CA 92025-6529 |
| 14102948 | | Email/Text: jill@ffcc.com | | |
| | | | Nov 22 2021 23:41:00 | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 14114113 | | Email/Text: jill@ffcc.com | | |
| | | | Nov 22 2021 23:41:00 | First Federal Credit Control, Inc., 24700 Chagrin Blvd #205, Cleveland, OH 44122 |
| 14102949 | + | Email/Text: info@phoenixfinancialsvcs.com | | |
| | | | Nov 22 2021 23:41:00 | Great Lakes Higher Education, c/o Phoenix Financial Services LLC, PO Box 361450, Indianapolis, IN 46236-1450 |
| 14102955 | + | Email/Text: notices@burt-law.com | | |
| | | | Nov 22 2021 23:41:00 | MIDLAND FUNDING LLC, C/O BURTON NEIL & ASSOCIATES PC, 1060 ANDREW DRIVE SUITE 170, WEST CHESTER, PA 19380-5601 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14102953 | *+ | Kelly L. Tuturice, 197 Stirling Court, West Chester, PA 19380-1385 |
| 14102943 | ##+ | Access Receivables, PO Box 9801, Towson, MD 21284-9801 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2021                    Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor West Whiteland Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor PENNYMAC LOAN SERVICES LLC paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Debtor Kelly L. Tuturice aaamcclain@aol.com edpabankcourt@aol.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 22, 2021 | Form ID: 138OBJ | Total Noticed: 35 |

MARIO J. HANYON
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kelly L. Tuturice
        Debtor(s)

Case No: 18−13053−amc
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/22/21

58 − 50
Form 138OBJ